ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
tkuhls@psalaw.net

*Former Attorneys for Defendant*
*Sam's West, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AISHEH SAYED-AHMAD, individually, <br><br> Plaintiff, <br><br> v. <br><br> SAM'S WEST, INC., a Delaware Corporation doing business as SAM'S CLUB; DOES I -V; and ROE CORPORATIONS, VI – X, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-02134-RFB-EJY <br><br> **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for WALMART INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-captioned matter.

. . .

. . .

. . .

. . .

- 1 -

Specifically, undersigned counsel requests the following addresses be removed from the electronic service list:

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| | afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| | iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| | jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| | lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| | msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| | tkuhls@psalaw.net | | |

Timothy David Kuhls     tkuhls@psalaw.net, amccarty@psalaw.net

Latisha Robinson        lrobinson@psalaw.net

DATED this 25th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant Sam's West, Inc.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: March 25, 2022**