**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*Walmart Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICE OF NEVADA

| | |
|---|---|
| AISHEH SAYED-AHMAD, individually;<br><br>   Plaintiff,<br>vs.<br><br>SAM'S WEST, INC., a Delaware Corporation doing business as SAM'S CLUB; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>   Defendants. | Case No.: 2:21:cv-02134-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiff, AISHEH SAYED-AHMAD ("Plaintiff") by and through her counsel of record, the law firm of Benson Allred, and Defendant, SAM'S WEST, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

. . .

. . .

. . .

KB/27650

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of June, 2023.　　　　DATED this 15th day of June, 2023.

**BENSON ALLRED**　　　　　　　　　　　**ALVERSON TAYLOR & SANDERS**

/s/ Joshua L. Benson　　　　　　　　　　　/s/ Kurt R. Bonds
JOSHUA L. BENSON, ESQ.　　　　　　　KURT R. BONDS, ESQ.
333 N. Rancho Drive, Suite 420　　　　　　MADISON M. AGUIRRE, ESQ.
Las Vegas, Nevada 89106　　　　　　　　6605 Grand Montecito Parkway, Suite 200
*Attorneys for Plaintiff*　　　　　　　　　　Las Vegas, Nevada 89149
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 15th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted by:*

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
MADISON M. AGUIRRE, ESQ.
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendants*

2

KB/27650